FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | v. | HARPER FAMILY TRUST, et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO. A99-0416-CV (HRH) |

Deputy Clerk                    Official Recorder
Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court is in receipt of James Harper's notice with respect to tax liability for the Lark property. (Clerk's Docket No. 417.) The court is advised that Mr. Harper suffered no tax liability as a consequence of the Lark property sale. It is therefore the court's view that the $12,293.32 reserved for purposes of adjusting a potential tax liability on the Lark property should be divided equally between A.J. Harper and Jorge Glen Harper, subject, however, to the latter's attorney fee obligations, the status of which is not clear to the court.

As reflected by the attached statements from the clerk's registry records, there are substantial funds which had been in dispute, in excess of the $12,293.32, which have not been disbursed, as well as funds deposited by Glen Harper as a supersedeas bond on appeal. It is time for all of these monies to be disbursed.

418

Counsel for the parties will please confer; and if they are in agreement, provide the court with a stipulation for the disbursement of the funds presently on deposit with the clerk. In the event there is any disagreement, the parties will please submit to the court a statement of their respective positions on or before January 3, 2006. The court will receive and consider brief reply memoranda if submitted on or before January 10, 2006.

---

A99-0416--CV (HRH)   12-02-05

- P. WEIDNER (WEIDNER)
- R. BROWN (DILLON)
- D. PERKINS (HARTIG)
- D. FREEMAN (HOLMES)
- FINANCE

AO 41A
(Rev. 10/89)

_____ LEDGER

### OFFICE OR CASE IDENTIFICATION

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC VS. HARPER FAMILY TRUST, ANDREW JAMES HARPER, AND JORGE GLEN HARPER

Fund: ☐ 6855___  ☐ 604700  ☐ Other (Specify)

Local Depository: _____

| Date 1999 | | Description | Received (Debit) | | Disbursed (Credit) | | Balance (DR - CR) | |
|---|---|---|---|---|---|---|---|---|
| Jul | 20 | REc'd Merrill Lynch | 97,239 | 45 | | | 97,239 | 45 |
| Aug | 06 | Rec'd Herbert Ray re Ntc of Dep | 134 | 01 | | | 97,373 | 46 |
| Nov | 04 | Rec'd Security Title Guaranty Inc, for Harper Family Trust & J. Glen Harper-sale of property | 65,856 | 39 | | | 163,229 | 85 |
| 2004 | | | | | | | | |
| Jun | 04 | Issued ck 00110016/P20446060l310 to A.J. Harper per crt order at dkt 409. | | | 43,933 | 08 | 119,296 | 77 |
| Jun | 04 | Issued ck 00110015/P20446060l311 to Holmes Weddle Barcott in trust for James Harper per crt order at dkt 409 | | | 65,163 | 08 | 54,133 | 69 |
| Jun | 15 | Rec'd Phillip Paul Weidner & Assoc Cash Bond | 36,140 | 32 | | | 90,274 | 01 |

AO 41A
(Rev. 10/89)

_____ LEDGER

| OFFICE OR CASE IDENTIFICATION |
|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC VS. HARPER FAMILY TRUST, ANDREW JAMES HARPER AND JORGE GLEN HARPER |

Fund:  ☐ 6855___   ☒ 604700   ☐ Other (Specify) _____

Local Depository: _____

| Date 2002 | | Description | Received (Debit) | | Disbursed (Credit) | | Balance (DR - CR) | |
|---|---|---|---|---|---|---|---|---|
| Feb | 26 | Rec'd Grant County Title Co for A.J. Harper | 33,195 | 96 | | | 33,195 | 96 |