Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MERRILL LYNCH | ) | |
| Plaintiff, | ) | Case No. A99-416 Civil (HRH) |
| | ) | |
| vs. | ) | |
| | ) | |
| HARPER FAMILY TRUST, et al. | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

### STIPULATION REGARDING FUNDS ON DEPOSIT

Come now the parties, by and through their undersigned counsel, and hereby stipulate to the following with respect to the distribution of the funds remaining in the Court.

Currently, $123,469.97 remains in the Court registry.  Of that amount, A.J. Harper should receive the principle amount of $82,097.42 and interest accruing at 1.92% from June 7, 2005.

Likewise, Jim Harper should receive the principle of $27,725.88 and interest accruing at 1.92% from June 7, 2005.

Thus, as of January 3, 2006, upon the distribution of $84,597.98 to Dillon and Findley in trust for AJ Harper, he will be paid in full for the principle judgment of $82,097.42 plus post judgment interest at 1.92% from June 7, 2005 until January 3, 2006.  Interest will continue to accrue at $4.40 per day after January 3, 2006.

As of January 3, 2006, upon the distribution of $28,841.50 to Holmes Weddle & Barcott in trust for Jim Harper, he will be paid in full for the principle judgment of $27,725.88 plus post judgment interest at 1.92% from June 7, 2005 until January 3, 2006, plus costs of $271.08 awarded by the Ninth Circuit.  Interest will continue to accrue at $1.49 per day after January 3, 2006.

TEL. 907/276-1200 • FAX 907/276-6571

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC

330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

If said distributions take place on January 3, 2006, $10,030.49 will remain in the court for the benefit of Glen Harper, pending the Ninth Circuit's Ruling on the award of attorneys fees incurred during the appeal in this matter.

Thus, the clerk should distribute funds in accordance with this stipulation and make distribution checks payable to Dillon and Findley in trust for AJ Harper in the amount of $84,597.98 plus $4.40 per day for every day after January 3, 2006 until distribution is made, and to Holmes Weddle & Barcott in trust for Jim Harper, in the amount of $28,841.50 plus $1.49 per day for every day after January 3, 2006 until distribution is made.

RESPECTFULLY SUBMITTED this 3rd day of January, 2006.

Weidner & Associates
Counsel for Glen Harper

By: _____
Wayne D. Hawn ABA 9311077

DILLON AND FINDLEY
Counsel for AJ Harper

By: _____
Thomas Findley ABA 7705020

HOLMES WEDDLE & BARCOTT
Counsel for Jim Harper

By: _____
David M. Freeman ABA 7808066

**SO ORDERED this _____ day of _____, 2006.**

_____
**Hon. H. Russel Holland**
**District Court Judge**

Stipulation regarding Disbursement of Funds

Page 2

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC    330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501    TEL. 907/276-1200 • FAX 907/278-6571