Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH ) | |
| Plaintiff, ) | Case No. A99-416 Civil (HRH) |
| ) | |
| vs. ) | |
| ) | |
| HARPER FAMILY TRUST, et al. ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING PROPOSED ORDER REGARDING FUNDS ON DEPOSIT**

COMES NOW Glen Harper, by and through counsel, and hereby provides notice of filing the attached Proposed Order Regarding Funds on Deposit.

RESPECTFULLY SUBMITTED this 4th day of January, 2004.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Glen Harper

        s/ Wayne D. Hawn
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail: whawn@weidner-justice.com
        ABA 9311077

CERTIFICATE OF SERVICE
I hereby certify that on  January 4, 2006 a copy of the foregoing Notice of Filing Proposed Order Regarding Funds on Deposit was served electronically on Douglas C. Perkins;
And by regular US Mail on Ray R. Brown; Douglas J. Edwards; Thomas W. Findley; David M. Freeman; and Merrill Lynch Pierce Fenner & Smith Inc.

s/ Wayne Hawn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571