Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH ) | |
| Plaintiff, ) | Case No. A99-416 Civil (HRH) |
| ) | |
| vs. ) | |
| ) | |
| HARPER FAMILY TRUST, et al. ) | |
| Defendants. ) | |
| ) | |

**SECOND NOTICE OF FILING PROPOSED ORDER REGARDING FUNDS ON DEPOSIT**

COMES NOW Glen Harper, by and through counsel, and hereby provides notice of filing the attached Proposed Order Regarding Funds on Deposit.  Pursuant to an order from the Court Clerk, Said order includes the addresses of the attorneys for AJ Harper and Jim Harper for distribution purposes.

RESPECTFULLY SUBMITTED this 6th day of January, 2004.

WEIDNER & ASSOCIATES, INC.
Counsel for Glen Harper

s/ Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: whawn@weidner-justice.com
ABA 9311077

CERTIFICATE OF SERVICE
I hereby certify that on  January 6, 2006 a copy of the foregoing Notice of Filing Proposed Order Regarding Funds on Deposit was served electronically on Douglas C. Perkins;

And by regular US Mail on Ray R. Brown; Douglas J. Edwards; Thomas W. Findley; David M. Freeman; and Merrill Lynch Pierce Fenner & Smith Inc.

s/ Wayne Hawn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fzx (907) 278-6571

Case 3:99-cv-00416-HRH    Document 421    Filed 01/06/2006    Page 2 of 2