Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH ) | |
| Plaintiff, ) | Case No. A99-416 Civil (HRH) |
| vs. ) | |
| ) | |
| HARPER FAMILY TRUST, et al. ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER REGARDING FUNDS ON DEPOSIT**

The Court, having considered the parties' stipulation regarding the funds remaining on deposit, and it appearing that such an order is appropriate, hereby orders the that clerk distribute said funds by checks payable to Dillon in Findley in trust for AJ Harper, 350 N. Franklin Street, Juneau, AK 99801, in the amount of $84,597.98 plus $4.40 per day for every day after January 3, 2006 until distribution is made, and to Holmes Weddle & Barcott in trust for Jim Harper, 701 W. 8th Avenue, Suite 700, Anchorage, AK 99501, in the amount of $28,841.50 plus $1.49 per day for every day after January 3, 2006 until distribution is made.

Dated this ____ day of _____, 2006.

_____
**Hon. H. Russel Holland**
**District Court Judge**

CERTIFICATE OF SERVICE
I hereby certify that on January 6, 2006 a copy of the foregoing Proposed Order Regarding Funds on Deposit was served electronically on Douglas C. Perkins; And by regular US Mail on Ray R. Brown; Douglas J. Edwards; Thomas W. Findley; David M. Freeman; and Merrill Lynch Pierce Fenner & Smith Inc.

s/ Wayne Hawn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571