Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MERRILL LYNCH                  )
           Plaintiff,        )        Case No. A99-416 Civil (HRH)
                )
        vs.                    )
                )
HARPER FAMILY TRUST, et al.     )
           Defendants.     )
_____)

### ~~[PROPOSED]~~ ORDER REGARDING FUNDS ON DEPOSIT

The Court, having considered the parties' stipulation regarding the funds remaining on

deposit, and it appearing that such an order is appropriate, hereby orders the that clerk distribute

said funds by checks payable to Dillon in Findley in trust for AJ Harper in the amount of

$84,597.98 plus $4.40 per day for every day after January 3, 2006 until distribution is made, and

to Holmes Weddle & Barcott in trust for Jim Harper, in the amount of $28,841.50 plus $1.49 per

day for every day after January 3, 2006 until distribution is made.

Dated this **11** day of _____**Jan**_____, 2006.

_____
Hon. H. Russel Holland
District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on January 4, 2006 a copy of the foregoing Proposed Order Regarding
Funds on Deposit was served electronically on Douglas C. Perkins; And by regular US Mail
on Ray R. Brown; Douglas J. Edwards; Thomas W. Findley; David M. Freeman; and Merrill
Lynch Pierce Fenner & Smith Inc.

s/ Wayne Hawn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571