IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH,<br><br>                    Plaintiff,<br><br>   vs.<br><br>HARPER FAMILY TRUST, et al.,<br><br>                   Defendants. | No. A99-0416-CV (HRH) |

AMENDED ORDER
REGARDING FUNDS ON DEPOSIT

      The court, having considered the parties' stipulation regarding the funds remaining on deposit, and it appearing that such an order is appropriate, hereby orders the clerk to distribute said funds by checks payable to Dillon & Findley, PC, in trust for A.J. Harper, 350 N. Franklin Street, Juneau, AK 99801, in the amount of $84,597.98, plus $4.40 per day for every day after January 3, 2006, until distribution is made, and to Holmes Weddle & Barcott, in trust for Jim Harper, 701 W. 8th Avenue, Suite 700, Anchorage, AK 99501,

in the amount of $28,841.50, plus $1.49 per day for every day after January 3, 2006, until distribution is made.

       DATED at Anchorage, Alaska, this <u>20th</u> day of January, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge