IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MERRILL LYNCH,                         )
                                       )
                   Plaintiff,          )
                                       )
     vs.                               )
                                       )
HARPER FAMILY TRUST, et al.,           )
                                       )   No. A99-0416-CV (HRH)
                   Defendants.         )
_____)

O R D E R

Case Status / Order to Show Cause

      The court is in receipt of the January 31, 2006, order of the Ninth Circuit Court of Appeals (Clerk's Docket No. 424) deciding the issue of costs and attorney fees on appeal.  Attorney fees in the amount of $7,937.50 have been awarded to James W. Harper from Jorge Glen Harper, Wayne D. Hawn, Esq., and Weidner & Associates, Inc., jointly and severally.  Attorney fees and costs in the amount of $18,619.67 have been awarded to Andrew James Harper from Jorge Glen Harper, Wayne D. Hawn, Esq., and Weidner & Associates, Inc., jointly and severally.  It is clear from the conclusion of the Ninth Circuit order that it has been left to Jorge Glen Harper and his

- 1 -

attorneys to determine how the awards should be allocated amongst them.

Inasmuch as the attorney fees and costs have been awarded "jointly and severally" against Jorge Glen Harper and his attorneys, it is the court's intention, unless a party shows cause why it should do otherwise on or before February 20, 2006, to disburse the sum of $7,937.50 to counsel for James W. Harper, in trust, and $18,619.67 to counsel for Andrew James Harper, in trust, out of the funds remaining on deposit in the court registry at this time. It is the court's intention to disburse the balance of funds after the foregoing payments have been made to Weidner & Associates, Inc., in trust.

DATED at Anchorage, Alaska, this <u>10th</u> day of February, 2006.

/s/ H. Russel Holland
United States District Judge