IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
MERRILL LYNCH,                          )
                                        )
                    Plaintiff,          )
                                        )
      vs.                               )
                                        )
HARPER FAMILY TRUST, et al.,            )
                                        )   No. A99-0416-CV (HRH)
                    Defendants.         )
_____)
```

O R D E R

Final Distribution of Funds

By order of February 13, 2006,[1] the court proposed to the parties a certain distribution of the funds remaining on deposit in the registry of the court. The parties were directed to show cause why these funds should not be distributed as proposed in the court's February 13 order. No party has responded.

In entering its order to show cause, the court had assumed that the cash bond posted by Jorge Glen Harper in connection with his appeal would have provided sufficient funds to cover the Ninth Circuit Court's award of attorney fees. The attached clerk's

---

[1] Clerk's Docket No. 425.

account summaries show otherwise.  January 20, 2006, withdrawals from the clerk's accounts drew the account balances down to a total of $9,030.36.  There will therefore be a deficiency judgment after disbursement of those remaining funds.

    There are two obvious ways in which the remaining funds held by the clerk of court could be distributed.  They might be disbursed to James W. Harper and Andrew James Harper, <u>pro rata</u>, based upon their respective claims; or the claim of James W. Harper could be satisfied in full and the balance paid to Andrew James Harper, leaving one claimant to recover a deficiency rather than two.  Counsel for James W. Harper and Andrew James Harper will please confer and advise the court how they wish to have these funds disbursed.  The court will appreciate counsel expediting the foregoing communication to the end that these funds may be disbursed as soon as possible.

    DATED at Anchorage, Alaska, this <u>4th</u> day of March, 2006.


                                    <u>/s/ H. Russel Holland</u>
                                    United States District Judge