AO 41A
(Rev. 10/89)

_____ LEDGER

| OFFICE OR CASE IDENTIFICATION |
|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC VS. HARPER FAMILY TRUST, ANDREW JAMES HARPER, AND JORGE GLEN HARPER |

Fund:   ☐ 6855___   ☐ 604700   ☐ Other (Specify) _____

Local Depository: _____

| Date 1999 | | Description | Received (Debit) | | Disbursed (Credit) | | Balance (DR - CR) | |
|---|---|---|---|---|---|---|---|---|
| Jul | 20 | REc'd Merrill Lynch | 97,239 | 45 | | | 97,239 | 45 |
| Aug | 06 | Rec'd Herbert Ray re Ntc of Dep | 134 | 01 | | | 97,373 | 46 |
| Nov | 04 | Rec'd Security Title Guaranty Inc, for Harper Family Trust & J. Glen Harper-sale of property | 65,856 | 39 | | | 163,229 | 85 |
| 2004 | | | | | | | | |
| Jun | 04 | Issued ck 00110016/P20446060L310 to A.J. Harper per crt order at dkt 409. | | | 43,933 | 08 | 119,296 | 77 |
| Jun | 04 | Issued ck 00110015/P20446060L311 to Holmes Weddle Barcott in trust for James Harper per crt order at dkt 409 | | | 65,163 | 08 | 54,133 | 69 |
| Jun 2006 | 15 | Rec'd Phillip Paul Weidner & Assoc Cash Bond | 36,140 | 32 | | | 90,274 | 01 |
| Jan | 20 | Issued ck 00117670/P206460600470 to Dillon and Findley per order dkt 423-1 | | | 84,672 | 78 | 5,601 | 23 |