AO 41A
(Rev. 10/89)

_____ LEDGER

| OFFICE OR CASE IDENTIFICATION |
|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC VS. HARPER FAMILY TRUST, ANDREW JAMES HARPER AND JORGE GLEN HARPER |

Fund:  ☐ 6855___   ☒ 604700   ☐ Other (Specify)

Local Depository: _____

| Date 2002 | | Description | Received (Debit) | | Disbursed (Credit) | | Balance (DR - CR) | |
|---|---|---|---|---|---|---|---|---|
| Feb | 26 | Rec'd Grant County Title Co for A.J. Harper | 33,195 | 96 | | | 33,195 | 96 |
| 2006 Jan | 20 | Issued ck 00117669/P206460600471 to Holmes Weddle and Barcott per dkt 423-1 | | | 28,866 | 83 | 4,329 | 13 |