David M. Freeman, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com

Attorneys for Defendant/Cross-Claimant James W. Harper, Jr.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARPER FAMILY TRUST, ANDREW JAMES HARPER and JORGE GLEN HARPER, JAMES W. HARPER, JR. .and SYLVIA HARPER KELLY,<br><br>Defendants. | Case No. 3:99-cv-416-HRH<br><br>**JOINT RESPONSE TO ORDER**<br>**RE: FUND DISTRIBUTION** |

COME NOW defendants James W. Harper, Jr. ("Jim") and Andrew James Harper ("A.J"), by and through their respective counsel of record, and hereby furnish the following joint response to the court's order regarding final distribution of funds dated March 4, 2006 (docket 426).

With regard to the court's request that counsel for Jim and A.J. expedite their response as to how they wish to have distributed the remaining funds held in the court's registry, counsel hereby give notice that they expect to furnish that information to the court by Wednesday, March 15, 2006, or counsel shall further advise the court as to the status of their efforts by that date.

DATED this 10th day of March, 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant/Cross-Claimant
James W. Harper, Jr.

By:   s/David M Freeman
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com
Alaska Bar No. 7808066


DILLON & FINDLEY, P.C.
Attorneys for Defendant A.J. Harper

By:   s/Thomas W. Findley (consent)
350 N. Franklin Street
Juneau, Alaska 99801
Phone: (907) 586-4000
Fax: (907) 586-3777
Email: tom@dillonfindley.com
Alaska Bar No. 7705020

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006 a copy of the foregoing was served electronically on:

Philip Paul Weidner, Esq.
Weidner & Associates
303 L Street, Suite 200
Anchorage, Alaska 99501
Email: jgreene@weidner-justice.com

Thomas W. Findley, Esq.
Dillon & Findley
350 N. Franklin Street
Juneau, Alaska 99801
Email: tom@dillonfindley.com

Ray Brown, Esq.
Dillon & Findley
510 L Street, Suite 603
Anchorage, Alaska 99501
Email: ray@dillonfindley.com


s/David M. Freeman