David M. Freeman, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com

Attorneys for Defendant/Cross-Claimant James W. Harper, Jr.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARPER FAMILY TRUST, ANDREW JAMES HARPER and JORGE GLEN HARPER, JAMES W. HARPER, JR. .and SYLVIA HARPER KELLY,<br><br>Defendants. | Case No. 3:99-cv-416-HRH<br><br>**SECOND JOINT RESPONSE TO ORDER RE: FUND DISTRIBUTION** |

COME NOW defendants James W. Harper, Jr. ("Jim") and Andrew James Harper ("A.J"), by and through their respective counsel of record, and hereby furnish their second joint response to the court's order regarding final distribution of funds dated March 4, 2006 (docket 426).

As an initial matter, the parties believe (based upon the clerk's account ledgers attached to the March 4 order) that the sum of $9,930.36 remains in the court's registry and not $9,030.36 as recited in the court's March 4 order. The Exhibit A ledger reflects a balance of $5,601.23 and the Exhibit B ledger reflects a balance of $4,329.13, for a total of $9,930.36.

Based upon the belief that $9,930.36 remains in the court's registry, the undersigned, on behalf of their respective clients, hereby request the court distribute the funds as follows:

The sum of $7,937.50 shall be disbursed to David M. Freeman by check payable to Holmes, Weddle & Barcott, P.C., in trust for James W. Harper, Jr., which sum satisfies the remaining unpaid judgment amount of $7,937.50 rendered in favor of James W. Harper, Jr. in this action.

The sum of $1,992.86 remaining in the court's registry, or such other remaining balance as may be determined by the court, shall be disbursed to Thomas W. Findley by check payable to Dillon & Findley, PC, in trust for Andrew James Harper, which sum partially satisfies the remaining unpaid judgment amount of $18,619.67 rendered in favor of Andrew James Harper in this action.

Andrew James Harper requests the court issue a judgment in favor of Andrew James Harper and jointly and severally against Jorge Glen Harper, Wayne D. Hawn,

Esq. and Weidner & Associates, Inc.[1] in the sum of the judgment deficiency of $16,626.81 ($18,619.67 less $1,992.86), or such other judgment deficiency as may be determined by the court based upon the actual amount of funds remaining in the court's registry after disbursement of $7,937.50 to James W. Harper, Jr.

DATED this 15th day of March, 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant/Cross-Claimant
James W. Harper, Jr.

By:   s/David M Freeman
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com
Alaska Bar No. 7808066


DILLON & FINDLEY, P.C.
Attorneys for Defendant A.J. Harper

By:   s/Thomas W. Findley (consent)
350 N. Franklin Street
Juneau, Alaska 99801
Phone: (907) 586-4000
Fax: (907) 586-3777
Email: tom@dillonfindley.com
Alaska Bar No. 7705020

---

[1] See the Ninth Circuit Court of Appeals' order dated January 31, 2006 and this court's amended judgment in a civil case redistributed with attorney's fees on February 7, 2006.

**CERTIFICATE OF SERVICE**
I hereby certify that on March 15, 2006 a copy of
the foregoing was served electronically on:

Philip Paul Weidner, Esq.
Weidner & Associates
303 L Street, Suite 200
Anchorage, Alaska 99501
Email: jgreene@weidner-justice.com

Thomas W. Findley, Esq.
Dillon & Findley
350 N. Franklin Street
Juneau, Alaska 99801
Email: tom@dillonfindley.com

Ray Brown, Esq.
Dillon & Findley
510 L Street, Suite 603
Anchorage, Alaska 99501
Email: ray@dillonfindley.com


s/David M. Freeman