IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MERRILL LYNCH,                       )
                                     )
                    Plaintiff,       )
                                     )
    vs.                              )
                                     )
HARPER FAMILY TRUST, et al.,         )
                                     )   No. 3:99cv0416-HRH
                    Defendants.      )
_____)

O R D E R

Distribution of Funds

The court is in receipt of the second joint response of James W. (Jim) Harper and Andrew James (A.J.) Harper.[1]

It has been pointed out to the court that there was a typographical error in the court's order filed March 7, 2006,[2] wherein the parties were provided with copies of the ledgers of the clerk of court reflecting balances on deposit in the registry in connection with this case. Those ledgers reflect a balance of **$9930.36,** which amount was misstated in the text of the court's

---

[1] Clerk's Docket No. 428.

[2] Clerk's Docket No. 426.

- 1 -

above-mentioned order. The parties have aptly assumed the correct amount for purposes of their report.

Prior disbursements out of the registry of the court have satisfied the principal amounts of judgments awarded herein and affirmed by the court of appeals in favor of Jim and A.J. Harper. What remains unpaid are attorney fees and costs awarded by the court of appeals in favor of Jim Harper in the amount of $7,937.50 and attorney fees and costs in favor of A.J. Harper in the amount of $18,619.67. The parties propose that the unpaid attorney fees and costs due Jim be paid in full, and that the balance remaining in the registry of the court be applied to the attorney fees and costs owed A.J. Harper.

The clerk of court shall disburse from the funds on deposit in the registry of the court to Holmes, Weddell & Barcott, P.C., in trust for James W. Harper, Jr., the sum of $7,937.50 in full satisfaction of attorney fees and costs owed him by Jorge Glen Harper, Wayne D. Hawn, Esq., and Weidner & Associates, Inc. The clerk of court shall also disburse from the funds on deposit in the registry of the court to Dillon & Findley, P.C., in trust for Andrew James Harper, the remaining sum of $1,992.86, which sum will partially satisfy the attorney fees and costs owed him by Jorge Glen Harper, Wayne D. Hawn, Esq., and Weidner & Associates, Inc., leaving a balance in favor of Andrew James Harper in the amount of $16,626.81. The clerk of court shall enter judgment in favor of Andrew James Harper and against Jorge Glen Harper, Wayne D. Hawn, Esq., and Weidner & Associates, Inc., jointly and severally, in the

amount of $16,626.81, which judgment shall bear interest pursuant to 28 U.S.C. § 1961.

DATED at Anchorage, Alaska, this <u>17th</u> day of March, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge