Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH ) | |
|     Plaintiff, ) | Case No. A99-416 Civil (HRH) |
| ) | |
| vs. ) | |
| ) | |
| HARPER FAMILY TRUST, et al. ) | |
|     Defendants. ) | |
| ) | |

**RESPONSE BY JORGE GLEN HARPER AND WEIDNER & ASSOCIATES, A PROFESSIONAL CORPORATION, AND WAYNE HAWN TO SECOND JOINT RESPONSE TO ORDER RE: FUND DISTRIBUTION**

COMES NOW Glen Harper, by and through counsel, and Weidner & Associates, APC, and counsel Wayne Hawn, and hereby respond to the *Second Joint Response to Order Re: Fund Distribution* filed by defendant Andrew James Harper and defendant/cross claimant James W. Harper, Jr. herein on March 15, 2006.

In particular, said party and counsel respond as follows:

    1.    It is not necessary, or appropriate, for the court to actually enter a judgment as requested;

    2.    In particular, as reflected by the pleadings at the Ninth Circuit level, (Exhibit A herewith) counsel for Mr. Harper has indicated a willingness to abide by the

terms and conditions of the Ninth Circuit's Order regarding joint and several liability for the attorney's fees assessed, but have pointed out that it is inappropriate to assess said fees against Mr. Hawn, or jointly and severally against Weidner & Associates, and Wayne Hawn in the circumstances of this case, and that they object to the characterization of appeal as frivolous;

3. Moreover, it is inappropriate to issue a judgment against Weidner & Associates, APC and/or Wayne Hawn personally insofar as they were not a party to the litigation, but merely counsel for a party, proceeded in good faith to protect the rights of their client, and have expressed their willingness to abide by the Court's Order;

4. Further, entering an actual judgment would only serve to have potential collateral impact on Weidner & Associates, APC and most specifically on Mr. Hawn, since it would have a potential impact on credit ratings and could be misunderstood to the effect

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

that he and/or the firm had not met certain financial obligations that necessitated a judgment;

5. Moreover, Weidner & Associates, APC, and Mr. Hawn, and Mr. Weidner reaffirm their willingness to abide by the terms and conditions of the Ninth Circuit Order, to wit, to honor the joint and several nature of the Order (although they object and take exception to same), and to discharge their duties and obligations in that regard in the event there is any shortfall as to payment by Mr. Harper.

## SUMMARY AND CONCLUSIONS

The judgment as requested is not appropriate or necessary, and could have inappropriate collateral consequences. Moreover, while the court has the jurisdiction to order an attorney to take action or do something as to an attorney who appeared before it, and while the Ninth Circuit has issued said Order, (to which attorneys object, but to which attorneys will comply), there is a distinct difference between jurisdiction to order an attorney to do something and entering an actual judgment against an attorney who was not a party to the action. Said judgment can only be misconstrued by parties not appearing in this

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Page 3

litigation, and have potential inappropriate collateral consequences, and should not be entered in this case.

RESPECTFULLY SUBMITTED this 20th day of March, 2004.

WEIDNER & ASSOCIATES, INC.
Counsel for Glen Harper

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032


s/ Wayne D. Hawn (consent)
ABA 9311077

CERTIFICATE OF SERVICE
I hereby certify that on March 20, 2006 a copy of the foregoing Response by Jorge Glen Harper and Weidner & Associates, A Professional Corporation, and Wayne Hawn to Second Joint Response to Order Re: Fund Distribution was served electronically on Douglas C. Perkins; Ray R. Brown; Thomas W. Findley; and David M. Freeman; and by regular US Mail on Douglas J. Edwards.

s/ Phillip Paul Weidner