Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MERRILL LYNCH        )<br>          Plaintiff,     )<br>                       )<br>     vs.              )<br>                       )<br>HARPER FAMILY TRUST, et al.  )<br>          Defendants.    )<br>                       ) | Case No. A99-416 Civil (HRH) |

**NOTICE TO COURT AND PARTIES OF PAYMENT OF ATTORNEY'S FEES**

COMES NOW Weidner & Associates, APC, and hereby gives notice to the Court and the parties, that as evidenced by Exhibit 1 hereto and pursuant to the orders and pleadings of record, attorney's fees in the amount of $16,626.81 have been paid by Weidner & Associates, APC, to Dillon & Findley in trust for A.J. Harper on March 27, 2006, via check number 5168.

RESPECTFULLY SUBMITTED this 27th day of March, 2006.

s/ Wayne D. Hawn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: whawn@weidner-justice.com
ABA 9311077

CERTIFICATE OF SERVICE
I hereby certify that on March 27, 2006 a copy of the foregoing *Notice To Court and Parties Of Payment Of Attorney's Fees* was served electronically on Douglas C. Perkins; Ray R. Brown; Thomas W. Findley; and David M. Freeman; and by regular US Mail on Douglas J. Edwards.

s/ Wayne D. Hawn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571