LAW OFFICES
## PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 27, 2006

Tom Findley
Dillon & Findley, PC
350 Franklin Street
Juneau, AK 99801

*Via Fax (907) 586-3777*
*& U.S. Mail*

Re:  Merril Lynch v. Harper et al.
     Ninth Circuit Court of Appeals
     Case No. 03-36015

Dear Mr. Findley:

Pursuant to the orders and pleadings of record, enclosed please find check number 5168 for $16,626.81, payable to Dillon & Findley in trust for AJ Harper, which pays the outstanding award of attorney's fees.

Thank you for your attention to this matter.

Sincerely,

Wayne D. Hawn
Attorney at Law

Encl.

EXHIBIT A

**PHILLIP PAUL WEIDNER AND ASSOCIATES, APC**
GENERAL ACCOUNT
330 L ST., STE. 200
ANCHORAGE, AK 99501
(907) 276-1200

FIRST NATIONAL BANK A L A S K A
89-6-1252

5168

3/27/2006

PAY TO THE ORDER OF  Dillon & Findley in trust for A.J. Harper    $**16,626.81

Sixteen Thousand Six Hundred Twenty-Six and 81/100************************************************  DOLLARS

Dillon & Findley in trust for A.J. Harper

MEMO

*Phillip Paul Weidner* MP

⑈005168⑈ ⑆125200060⑆ 3024 767 0⑈

---

PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
GENERAL ACCOUNT
Dillon & Findley in trust for A.J. Harper          3/27/2006          5168
Client Costs           Attorney's Fees                               16,626.81

FNBA                                                                 16,626.81

PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
GENERAL ACCOUNT
Dillon & Findley in trust for A.J. Harper          3/27/2006          5168
Client Costs           Attorney's Fees                               16,626.81

EXHIBIT A

FNBA                                                                 16,626.81

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com